UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ANGIE L. ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| v. | ) | |
| | ) | **CASE NO. 5:16-CV-681-BO** |
| NANCY A. BERRYHILL, Acting Commissioner | ) | |
| of Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 16] is DENIED and defendant's motion for judgment on the pleadings [DE 18] is GRANTED. The decision of the ALJ is AFFIRMED.

**This Judgment Filed and Entered on September 12, 2017, and Copies To:**

| | |
|---|---|
| Angela R. Cinski | (via CM/ECF electronic notification) |
| Lawrence Wittenberg | (via CM/ECF electronic notification) |
| Cathleen C. McNulty | (via CM/ECF electronic notification) |
| Leo R. Montenegro | (via CM/ECF electronic notification) |

DATE:                                     PETER A. MOORE, JR., CLERK
September 12, 2017                  (By) /s/ Nicole Briggeman
                                                 Deputy Clerk